Form cscnodsc − ntccsclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

_____

Case No.:  12−36279−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Michele E. Henson
    aka Michele E Camlin, aka Michele E
    McClintic
    4 Meehan Blvd.
    Clementon, NJ 08021

Social Security No.:
    xxx−xx−9171

Employer's Tax I.D. No.:

_____

## NOTICE OF CASE CLOSED WITHOUT DISCHARGE

    All creditors and parties in interest are notified that the above−named case has been closed without entry of discharge for the reason(s) indicated below.

☐    Debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

☐    Joint debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

☑    Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

☐    Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations
    due have been paid.

☐    Debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

☐    Joint debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

☐    Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4−year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

☐    Joint Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4 year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

☐    An Order denying or revoking the debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

☐    An Order denying or revoking the joint debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

If the debtor subsequently files a Motion to Reopen the Case to allow for the filing of the above document, the debtor must pay the applicable filing fee. If the debtor's case was closed because the debtor received a discharge in a previous case as set forth above, the debtor will have received a Notice of Clerk's Evidence of Previous Discharge providing an opportunity to be heard prior to case closing.

Dated: April 10, 2018
JAN: lgr

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 12-36279-JNP
Michele E. Henson                                                         Chapter 13
            Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2        Date Rcvd: Apr 10, 2018
                             Form ID: cscnodsc         Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 12, 2018.
```
db              +Michele E. Henson,    4 Meehan Blvd.,    Clementon, NJ 08021-4012
513467459       +American Express,    PO Box 981537,    El Paso, TX 79998-1537
513467460        Apex Asset Management,    1286 Carmichael Way,    Montgomery, AL 36106-3645
513467461       +Bank of America,    450 American St Sv,    Simi Valley, CA 93065-6285
513587154       +Bank of America, N.A.,    c/o Zucker Goldberg & Ackerman,    200 Sheffied Street, Suite 301,
                 Mountainside, NJ 07092-2315
513467462        C&H Collection Services Inc.,    PO Box 1399,    Merchantville, NJ 08109-0399
513467464        CCMUA,   Regional Sewer Service,    P.O. Box 1105,    Bellmawr, NJ 08099-5105
513467463        Capital One Bank,    PO Box 32081,    Salt Lake City, UT 84130-0281
517385792       +Carrington Mortgage Services, LLC,    1600 South Douglass Road,    Anaheim, CA 92806-5951
517385793       +Carrington Mortgage Services, LLC,    1600 South Douglass Road,    Anaheim, CA 92806,
                 Carrington Mortgage Services, LLC,    1600 South Douglass Road,    Anaheim, CA 92806-5951
517389772       +Carrington Mortgage Services, LLC.,    PROBER & RAPHAEL, A LAW CORPORATION,
                 20750 Ventura Boulevard, Suite 100,    Woodland Hills, California 91364-6207
517389771       +Carrington Mortgage Services, LLC.,    4 Meehan Boulevard, Clementon,,    New Jersey 08021-4012
513467466       +Div of Taxation,    PO Box 245,    Trenton, NJ 08695-0245
513576921       +SANTANDER CONSUMER USA,    P.O Box 961245,    Ft. Worth, TX 76161-0244
513467471       ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                 (address filed with court:  State of New Jersey,    Division of Taxation,    PO Box 245,
                 Trenton, NJ 08695)
513467470       +Santander Consumer USA,    PO Box 961245,    Dallas, TX 76161-0244
513467472       +Virtua Summit Surgical Center,    200 Bowman Drive,    Suite D-160,    Voorhees, NJ 08043-9633
513467473       +Women's Healthcare Collingswood,    1055 Haddon Ave,    Collingswood, NJ 08108-2047
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Apr 10 2018 22:57:27    U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 10 2018 22:57:24    United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
513467465        E-mail/Text: legal-dept@cooperhealth.edu Apr 10 2018 22:58:40    Cooper University Hospital,
                 P.O. Box 6037,    Bellmawr, NJ 08099-6037
513467467       +E-mail/PDF: gecsedi@recoverycorp.com Apr 10 2018 23:01:11    GECRB/Old Navy,    PO Box 965005,
                 Orlando, FL 32896-5005
513467468        E-mail/Text: cio.bncmail@irs.gov Apr 10 2018 22:56:55    Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
513467469       +E-mail/Text: bkrpt@retrievalmasters.com Apr 10 2018 22:57:23    NJ EZ Pass,    c/o RMCB,
                 4 Westchester Plaza,    Suite 110,    Elmsford, NY 10523-1615
515549739       +E-mail/Text: bnc-quantum@quantum3group.com Apr 10 2018 22:57:15
                 Quantum3 Group LLC as agent for,    NCEP LLC,    PO Box 788,    Kirkland, WA 98083-0788,
                 Quantum3 Group LLC as agent for,    NCEP LLC 98083-0788
515549738        E-mail/Text: bnc-quantum@quantum3group.com Apr 10 2018 22:57:15
                 Quantum3 Group LLC as agent for,    NCEP LLC,    PO Box 788,    Kirkland, WA 98083-0788
513548199        E-mail/Text: bnc-quantum@quantum3group.com Apr 10 2018 22:57:15
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
                                                                                                  TOTAL: 9
```

```
         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               BANK OF AMERICA, N.A.
lm*             +Bank of America,    450 American Street Sv,    Simi Valley, CA 93065-6285
                                                                          TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2018                           Signature:  /s/Joseph Speetjens

District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Apr 10, 2018
                             Form ID: cscnodsc         Total Noticed: 27

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 10, 2018 at the address(es) listed below:
        Andrew B. Finberg    on behalf of Debtor Michele E. Henson andy@sjbankruptcylaw.com,
    abfecf@gmail.com;finbergar39848@notify.bestcase.com
        Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
    summarymail@standingtrustee.com
        Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
        Joni L. Gray    on behalf of Debtor Michele E. Henson joni@sjbankruptcylaw.com,
    jgrayecf@gmail.com;grayjr39848@notify.bestcase.com
        Rebecca Ann Solarz    on behalf of Creditor   BANK OF AMERICA, N.A. rsolarz@kmllawgroup.com
        Rebecca Ann Solarz    on behalf of Creditor   Bank of America, N.A. rsolarz@kmllawgroup.com
        Tammy L. Terrell    on behalf of Creditor   Bank of America, N.A. bankruptcy@feinsuch.com
                                                                    TOTAL: 7